UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT                                                                                           PLAINTIFF
ADC #152664

V.                                       No. 3:20-CV-00309-KGB-JTR

DYKES, Corporal, NCU, *et al.*                                                                              DEFENDANTS

### ORDER

Plaintiff Christopher Everett's Motions to Set Discovery Dates (*Docs. 9 & 14*) are DENIED. Discovery is premature until the Court rules on the pending Motion to Dismiss for Failure to State a Claim.

Mr. Everett's Motions for Status (*Docs. 23 & 24*) are GRANTED. The Motion to Dismiss is under advisement.

The Clerk is directed to send Mr. Everett an updated copy of the docket sheet.

IT IS SO ORDERED this 1st day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE