IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER EVERETT**                                                                 **PLAINTIFF**
**ADC #101234**

v.                          Case No. 3:20-cv-00309-KGB-JTR

**DYKES, Corporal, NCU**, *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Christopher Everett's complaint and amended complaints are dismissed without prejudice (Dkt. Nos. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would not be taken in good faith.

So adjudged this 13th day of September, 2021.

_____
Kristine G. Baker
United States District Judge